```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
```

RICHARD J. SILVERSTEIN, et al.  *

      Plaintiffs      *

        vs.           *   CIVIL ACTION NO. MJG-12-2430

WESTFAX, INC., et al.           *

      Defendants      *

\*   \*   \*   \*   \*   \*   \*   \*   \*

MEMORANDUM AND ORDER RE: INITIAL DISCOVERY

    The Court has before it Plaintiff's (sic) Motion for Leave to Take Discovery [Document 58] and the materials submitted relating thereto. The Court finds that neither a response nor a hearing is necessary.

    Plaintiffs seek to initiate limited discovery to identify certain "John Doe" defendants.  This discovery should serve to expedite the course of proceedings and would be allowed in due course in any event.

    For the foregoing reasons:

        1.   Plaintiff's (sic) Motion for Leave to Take Discovery [Document 58] is GRANTED.

        2.   Plaintiffs may immediately seek discovery from Defendants Westfax and Clark with regard to the identification of the "John Doe" Defendants.

        3.   Plaintiffs shall also arrange a telephone conference with the Court and currently known counsel for any Defendants to discuss the scheduling of further proceedings herein.  The conference shall be arranged to be held at a

        mutually convenient time on or before December 21, 2012.

SO ORDERED, on <u>Thursday, November 29, 2012.</u>

                                                   /s/_____  
                                        Marvin J. Garbis  
                                  United States District Judge