```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

RICHARD J. SILVERSTEIN, et al.   *

       Plaintiffs      *

        vs.             *   CIVIL ACTION NO. MJG-12-2430

WESTFAX, INC., et al.            *

       Defendants      *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>MEMORANDUM AND ORDER RE: INITIAL MOTIONS</u>

For reasons stated on the record of proceedings held January 15, 2013:

1. Plaintiffs' Motion to Strike Affirmative Defenses of Defendants Westfax, Inc. and Barry Clark [Document 68] is DENIED WITHOUT PREJUDICE to seek summary judgment with regard to any affirmative defense.

2. The Motion to Disqualify Counsel [Document 69] is DENIED.

3. The Scheduling Order shall be issued herewith.

SO ORDERED, this <u>Thursday, January 17, 2013</u>.

                                                    _____/s/_____
                                                   Marvin J. Garbis
                                             United States District Judge